June 25, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

TEXAS EAR NOSE & THROAT CONSULTANTS, PLLC, JOSEPH EDMONDS, NEWTON DUNCAN AND JAMES ALBRIGHT, Appellants

NO. 14-13-00891-CV          V.

JOHN K. JONES, M.D., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, John K. Jones M.D., signed October 10, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REVERSE** the portion of the judgment awarding attorney's fees for denial of access against appellants Joseph Edmonds, Newton Duncan, and James Albright, **RENDER** a take-nothing judgment in their favor on that claim, and **REMAND** to the trial court for entry of judgment on that claim against appellant Texas Ear Nose & Throat Consultants, PLLC and for further consideration of the correct amount to be awarded.  We further **REVERSE** the trial court's order requiring Edmonds, Duncan, and Albright to buy-out Jones's interest in Texas Ear Nose & Throat Consultants, PLLC and stating that Jones is no longer a member and **REMAND** Jones's shareholder oppression claims for further consideration.  We additionally **REVERSE** the award of damages and attorney's fees to Texas Ear Nose & Throat Consultants, PLLC based on Jones's alleged breach of contract and **RENDER** a take-nothing judgment on those claims.  We order the remainder of the judgment **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.